TELEPHONE (440) 842-1100

IHOR MAHLAY, D.D.S.

OFFICE HOURS
BY APPOINTMENT

5905 STATE ROAD
PARMA, OHIO 44134



Koseclis
Medecard
Plan i Southern
western
The Drop
Avondale
Ohio





6014 State Road
Parma, Ohio 44134

**Matt Hudak**
**Randy Friend**

**(440) 885-5640**
FAX (440) 885-5629



Southwest
Ärilies GE CFM56
Engine Explosion
Aug 27 2016
45202
Cincinnati Enquirer
312 Elm St

## BREADS & BEYOND BAKERY

www.breadsandbeyond.com

**440-888 LOAF** (5623)

5578 State Road
Parma, Ohio 44134

Tues-Fri: 7:00am-6:00pm
Saturday: 7:00am-5:00pm
Sunday: 7:00am-2:00pm
Monday: CLOSED

"Our value exists in the eyes of our customers"

## PRECISION MECHANICAL

Process Piping · Heating · Air Conditioning
Chiller & Refrigeration Specialists
SALES · SERVICE · INSTALLATION





Glenn H. Bridges
216.741.1160 P
216.741.1674 F
440.343.3072 C

5441 State Road
Parma, OH 44134

*Mission Statement:*
*To be recognized by our customers as the Leader in*
*Installation, Repairs, and Maintenance of Heating,*
*Air Conditioning & Refrigeration Systems...*

*With Pride, Quality, Integrity, and Superior Service*



120 w apple st 45417

## PARMA CAR CARE
### FLEET SPECIALISTS

If you have any problem with your vehicle, let us give you our honest,
expert, straightforward advice so the job is done right - the first time!

Your 100% Satisfaction is Absolutely Guaranteed!

Fred Cerny, President          5481 State Rd.
216-741-0440 office            Parma, OH 44134
216-741-1415 fax               fred@parmaccs.com

Torrington Av

440-799-8570 State

## What You Should Know About Parma C.C.S.
### A message from the owner.
44134

My company differs from ordinary auto repair companies in four important ways
(1) I've dedicated my business to helping you and other consumers understand auto
repair. That's why I have set up a special Consumer Help Line to help you choose a
good reputable auto repair company.
(2) My technicians are all ASE certified and are continually being trained to keep up with
the latest technology available to make sure your problem is fixed right - the first time.
(3) I'll do everything possible to make getting your car repaired as convenient as
possible.
(4) I want you to be completely satisfied with every job we do. That's why I back up all
work with a 100% satisfaction guarantee. If for any reason you're not satisfied, give me
a call and I'll personally take care of any problems you may have.

If you have any other questions or concerns please give me a call

Murder by mike pence



(440) 884-0640 Telephone          NATIONAL AWARD
(440) 884-4393 Fax              ★ WINNING OFFICE ★

Cuglewski & Associates, D.D.S., Inc.

## DR. JAMES E. CUGLEWSKI
## DR. JUDY KISS-BENKE

COMPREHENSIVE DENTISTRY
5998 State Road • Parma, Ohio 44134

Health · Concerned Dental Care
We Listen ... We Care!



HOURS: MON. & THURS. 9:30 A.M. TO 7 P.M.
TUES. & FRI. 9:30 A.M. TO 6:00 P.M.
WED. 9:30 A.M. TILL 12:00 P.M.
SAT. 9:30 A.M. TILL 2:00 P.M.

(440) 884-6333
www.miletioptical.com

## Mileti Optical
## & Hearing Center

Quality – Price – Service

MARK A. MILETI  HAD, LDO          5957 STATE ROAD
VICTOR C. MILETI LDO              PARMA, OHIO 44134
                                  FAX: (440) 888-0683

why all the worry
about healthcare?
Nobody in Ohio
carries Medecaid +
Medicare      p3



Since 1920

## Basista
## FURNITURE
Better Furniture At Better Prices
Your Online Superstore. Buy Direct And
Save.

Store Hours:
Mon. - Fri. 10 AM - 9 PM
Sat. 10 AM - 6 PM
Sun. 12 PM - 5 PM

BOB RUFFNER
INTERNET SALES & SERVICE
Off Tuesday & Wednesday

5295 State Rd
Parma, OH 44134
(216) 398-5900
BASISTA.COM

voted
for Hillary
Clinton



ROSEMARIE MUGGIARONE
Owner

ANGIE'S SALON
440-667-3708

6038 State Road
Parma, OH 44134



JOHN C. OSWALD, D.D.S. &
JODIE D. SIEDLECKI, D.D.S., INC.
Comprehensive Family Dentistry
Traditional Orthodontics & Invisalign
5885 State Road, Parma, Ohio 44134  (440) 886-1916
www.smileperfectly.com
Convenient Hours By Appointment

## The 12 Steps of A.A.

1. We admitted we were powerless over alcohol—that our lives had become unmanageable. 2. Came to believe that a Power greater than ourselves could restore us to sanity. 3. Made a decision to turn our will and our lives over to the care of God *as we understood Him.* 4. Made a searching and fearless moral inventory of ourselves. 5. Admitted to God, to ourselves, and to another human being the exact nature of our wrongs. 6. Were entirely ready to have God remove all these defects of character. 7. Humbly asked Him to remove our shortcomings. 8. Made a list of all persons we had harmed, and became willing to make amends to them all. 9. Made direct amends to such people wherever possible, except when to do so would injure them or others. 10. Continued to take personal inventory and when we were wrong promptly admitted it. 11. Sought through prayer and meditation to improve our conscious contact with God, *as we understood Him,* praying only for knowledge of His will for us and the power to carry that out. 12. Having had a spiritual awakening as the result of these steps, we tried to carry this message to alcoholics, and to practice these principles in all our affairs.

*Steps and Traditions copyright © by A.A. World Services, Inc.*

## The 12 Traditions of A.A.

1. Our common welfare should come first; personal recovery depends upon A.A. unity. 2. For our group purpose, there is but one ultimate authority—a loving God as He may express Himself in our group conscience. Our leaders are but trusted servants; they do not govern. 3. The only requirement for A.A. membership is a desire to stop drinking. 4. Each group should be autonomous except in matters affecting other groups or A.A. as a whole. 5. Each group has but one primary purpose—to carry its message to the alcoholic who still suffers. 6. An A.A. group ought never endorse, finance, or lend the A.A. name to any related facility or outside enterprise, lest problems of money, property and prestige divert us from our primary purpose. 7. Every A.A. group ought to be fully self-supporting, declining outside contributions. 8. Alcoholics Anonymous should remain forever nonprofessional, but our service centers may employ special workers. 9. A.A., as such, ought never be organized; but we may create service boards or committees directly responsible to those they serve. 10. Alcoholics Anonymous has no opinion on outside issues; hence the A.A. name ought never be drawn into public controversy. 11. Our public relations policy is based on attraction rather than promotion; we need always maintain personal anonymity at the level of press, radio, and films. 12. Anonymity is the spiritual foundation of all our traditions, ever reminding us to place principles before personalities.

*God grant me the serenity to accept the things I cannot change, courage to change the things I can, and wisdom to know the difference.*

## A.A.

Alcoholics Anonymous is a fellowship of men and women who share their experience, strength and hope with each other that they may solve their common problem and help others to recover from alcoholism.

The only requirement for membership is a desire to stop drinking. There are no dues or fees for A.A. membership; we are self-supporting through our own contributions. A.A. is not allied with any sect, denomination, politics, organization or institution; does not wish to engage in any controversy; neither endorses nor opposes any causes. Our primary purpose is to stay sober and help other alcoholics to achieve sobriety.

*Above copyright © by The A.A. Grapevine, Inc.; reprinted with permission*

Alcoholics Anonymous
P.O. Box 459, Grand Central Station
New York, N.Y. 10163

M-2                    26DM 11/15 (GP)



James M. Stanovie

440-843-8800

Paula Neville
2631 Erie Ave
2nd Floor
Hyde Park Ohio
45208

AA Newport KY Wed 8pm 858 49½- 4323
Bellewood Jenow
Stop Healing By Bel and
healing Option
Campbell County Courthouse 33
basement Dr Springdale
Newport
KY
41076

I want my
name off
OCJ public
Root and manta Woodman
document
(utube)

Cleveland 81 West Superior Ave

Cleveland Federal Court

Cleveland Ohio 44113 bve
Zelowsky vs Nicholle + Kevin Holtkamp Village
Zelowsky's Cori Reimer Boarnerable village
Zelesicle vs Thomases WPAFB 5 Room Wood
Closed

Southwest Airlines
of explosia
David Bye Aug 29 fir
Reech Nathan 2016
Pastor Pardon
Susan Shellenberger
Parsons Ave
human trafficking
New Foundations
Atlanta GA
Newport KY

Newport cops +
paramedics
Orphanages
Jeff - ex GE drugee
on all GE engines

4200
Wildwood
B in Pkw
Hm 303
rape &
Murder

Director + Ganbossoom/murder by Real Christians/insurance

JD at
AA Promises
Club
9th + Ann
41071
IDA
Irene
Lee +
Diane
Mike
Drees
Mimi
Drees

Nov 12 2001
260 passengers

Stop rape
and murder by
GE aircraft engines
Jeff Tunnelt

Pearla Memellffo

US Contadina + Fr James Walker + US St the
CDeSales Club Oberlin
St DeSales Club Oberlin

GE Cleveland
Spectral
Michael
GE spectral off +

2700 Brookpark Rd
Snow Rd
Parma Ohio
#26    44134    I am testifying
against Prophy
Gallaugher

